**Commonwealth v. Shindler**

*John Deutsch,* for Commonwealth.

*Thomas S. McCready,* for defendant.

HEIMBACH, P. J., July 30, 1971.—Defendant was found guilty by a jury of pointing a deadly weapon. There is no denial that the weapon pointed was a pistol capable of discharging a bullet, but because the testimony is that the pistol was not loaded, defendant argues his conviction was in error.

Thus, the issue is whether a conviction may be had on a charge of pointing an unloaded gun or pistol.

Although the section heading of The Penal Code under which defendant was indicted is entitled "Pointing Deadly Weapons," the act provides:

"Whoever playfully or wantonly points or discharges a gun, pistol or other firearm at any other person, is guilty of a misdemeanor . . .": Act June 24, 1939, P. L. 872, sec. 716, 18 PS §4716.

Since the act makes pointing a pistol or a gun at any other person a crime, it is immaterial whether the gun or pistol was unloaded or loaded.

We enter the following

### ORDER

Now, to wit, July 30, 1971, defendant's motion in arrest of judgment is denied and he is to be brought before the court for sentencing.